# United States District Court

WESTERN DISTRICT OF WASHINGTON

SHIRLEY JOY HEDGLIN,

        Plaintiff,

        v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

        Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C10-5551 KLS

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT the ALJ properly concluded plaintiff was not disabled and therefore affirms the ALJ's decision.

    June 17, 2011                                    WILLIAM M. McCOOL
                                                                                   Clerk

                                                                      By Traci Whiteley, Deputy Clerk